24 So.2d 924

**Seymon PATTERSON v. STATE.**
6 Div. 195.

Court of Appeals of Alabama.
Jan. 15, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

23 So.2d 885

**A. C. PATTON v. CITY OF TUSCALOOSA.**
6 Div. 246.

Court of Appeals of Alabama.
Nov. 29, 1945.

PER CURIAM.
Appeal dismissed, want of prosecution.

23 So.2d 147

**Nelson PAYNE v. STATE.**
8 Div. 442.

Court of Appeals of Alabama.
May 22, 1945.

BRICKEN, Presiding Judge.
Appeal dismissed.

23 So.2d 147

**J. B. PEOPLES v. STATE.**
6 Div. 190.

Court of Appeals of Alabama.
May 15, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

23 So.2d 147

**John PERKINS v. STATE.**
6 Div. 197.

Court of Appeals of Alabama.
May 22, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

24 So.2d 925

**Jim PERRY v. STATE.**
4 Div. 911.

Court of Appeals of Alabama.
Nov. 20, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.